**Richard L. McCREERY,
Plaintiff–Appellant,**

v.

State of NORTH CAROLINA; Colon Willoughby, Wake County DA; Ripley Rand, ADA; Russell W. Dement, III; James Chestnutt, Probation Officer;

**Doug Pardue, Adult Probation Director; A. Root Edmondson, Counsel to the State Bar; Roy Cooper, Attorney General, Defendants–Appellees.**

No. 02–1872.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 16, 2002.

Richard L. McCreery, Appellant Pro Se. Mary S. Mercer, Assistant Attorney General, Mark John Pletzke, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellees.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Richard L. McCreery appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See McCreery v. North Carolina*, No. CA–01–968–5–BO (E.D.N.C. entered July 16, 2002 and filed July 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*